AO 199A (Rev. 12/11- EDCA [Fresno]) Order Setting Conditions of Release- Misd.

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of California

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) ) | Case No.   6:15-mj-0100-MJS |
| TYLER PRESLEY, | ) ) | |

## ORDER SETTING CONDITIONS OF RELEASE
### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence th the court may impose;

(3) The defendant shall notify the Court and defendant's counsel of any change of address; and

(4) The defendant must appear at:   U.S. District Court, Yosemite on December 16, 2015 at 10:00 AM

(5) Pending further Order of this Court, the defendant shall not have contact with victim, Megan Vanderoven, directly or in-directly, through mail, any electronic means, phone or via third party.

(6) Defendant shall not consume any alcohol while case is pending.

(7) Upon any NPS Law Enforcement Officer's reasonable suspicion that defendant has violated condition number 6, defendant shall submit to a breath test to determine whether he has consumed alcohol.

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 10-21-15

_Tyler Presley_
Defendant's signature

AO 199A (Rev. 12/11- EDCA [Fresno])  Order Setting Conditions of Release- Misd.

Date: October 21, 2015

/s/ Michael J. Seng
*Judicial Officer's Signature*

Michael J. Seng
*Printed name and title*