HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
TYLER PRESLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  6:15-mj-00100-MJS |
| Plaintiff, | STIPULATION TO VACATE MOTION HEARING, SET FOR CHANGE OF PLEA, AND FOR RULE 43 WAIVER OF APPEARANCE;  ORDER |
| vs. | |
| TYLER PRESLEY, | |
| Defendant. | Date:  April 5, 2016<br>Time: 10:00 a.m.<br>Judge: Hon. Michael J. Seng |

**IT IS HEREBY STIPULATED**, by and between the parties through their respective counsel, Matthew McNease, Yosemite Legal Officer, and Assistant Federal Defender Erin Snider, counsel for Defendant Tyler Presley, that the Court may vacate the motion hearing currently scheduled for May 18, 2016, at 1:30 p.m.  The parties have reached a plea agreement and request that the Court set this matter for a change-of-plea and sentencing hearing on April 5, 2016, at 10:00 a.m.

Further, pursuant to Federal Rule of Criminal Procedure 43(b)(2), Tyler Presley, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for the April 5, 2016 change-of-plea and sentencing hearing, and be allowed to appear via video conference.  Mr. Presley agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal

Defender for the Eastern District of California, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times. The government has no objection to this request.

Mr. Presley is charged with: (1) presence in a park area when under the influence of alcohol or a controlled substance to a degree that may endanger oneself or another person, or damage property or park resources, a violation of 36 C.F.R. § 2.35(c); and (2) assault, a violation of 18 U.S.C. § 113(5).. Mr. Presley was previously granted a Rule 43 waiver for non-substantive hearings. Mr. Presley anticipates entering a guilty plea at the April 5, 2016 hearing pursuant to a plea agreement with the government. The government has already provided a written plea agreement, which Mr. Presley will sign and return.

Mr. Presley lives in Fairhope, Alabama. He is a student and studies refrigeration repair. Mr. Presley is unemployed and lives with his mother. Mr. Presley does not have the funds to travel to Yosemite.

Accordingly, Mr. Presley respectfully requests that the Court grant a waiver of his right and obligation to be personally present and that he be permitted to appear via video conference from the federal courthouse in Mobile, Alabama.

Respectfully submitted,

Date: March 16, 2016                    */s/ Matthew McNease*
                                        MATTHEW MCNEASE
                                        Yosemite Legal Officer
                                        Counsel for the Plaintiff

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Date: March 16, 2016                    */s/ Erin Snider*
                                        ERIN SNIDER
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        TYLER PRESLEY

/ / /

/ / /

Presley / Stipulation to Vacate Motions Hearing,
Set for Change of Plea, and Rule 43 Waiver of Appearance

**O R D E R**

**GOOD CAUSE APPEARING**, the Court hereby adopts the parties' stipulation to vacate the motion hearing scheduled for May 18, 2016, at 1:30 p.m. and set this matter for a change-of-plea and sentencing hearing on April 5, 2016, at 10:00 a.m.  The Court further grants Mr. Presley's request to appear via video conference at the change-of-plea and sentencing hearing.

IT IS SO ORDERED.

Dated:   March 17, 2016          /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE