HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
TYLER PRESLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>TYLER PRESLEY,<br><br>  Defendant. | Case No. 6:15-mj-0100-MJS<br><br>**MOTION TO VACATE MARCH 7, 2017 REVIEW HEARING; ORDER** |

Defendant Tyler Presley hereby requests that the Court vacate the March 7, 2017 review hearing.

On April 5, 2016, the Court sentenced Mr. Presley to twelve months of unsupervised probation, with the conditions that he obey all laws and advise the Court and Government Officer within seven days of being cited or arrested for any alleged violation of law. He was also ordered to pay a fine of $490.00, a penalty assessment of $10.00, and attend Alcoholics Anonymous ("AA") two times weekly for the first ten months of probation.

Mr. Presley has paid in full his fine and penalty assessment. In addition, Mr. Presley has attended two AA meetings per week for the first ten months of his probation, proof of which has been filed with the Court. Accordingly, Mr. Presley has complied with all conditions of his probation.

The government is in agreement with the request.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 3, 2017

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
TYLER PRESLEY

## **O R D E R**

Based on the parties' joint representation that Mr. Presley is in compliance with the conditions of his probation, the Court vacates the review hearing scheduled for March 7, 2017, at 10:00 a.m. in Case No. 6:15-mj-0100-MJS.

IT IS SO ORDERED.

Dated:   March 5, 2017          /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE